# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** DMA  **Category No.** II  **Investigating Agency** IRS
**City** Framingham
**County** Middlesex

**Related Case Information:**
- Superseding Ind./ Inf. ____  Case No. ____
- Same Defendant ____  New Defendant ____
- Magistrate Judge Case Number ____
- Search Warrant Case Number ____
- R 20/R 40 from District of ____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____  ☐ Yes  ☒ No

**Defendant Information:**
**Defendant Name:** Vanessa Nixon  Juvenile: ☐ Yes ☒ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No
**Alias Name:**
**Address:**
**Birth date (Yr only):** 1978  **SSN (last 4#):** 0344  **Sex:** F  **Race:** ___  **Nationality:** Brazil
**Defense Counsel if known:** Vikas Dhar  **Address:** 529 Main Street, Suite P200
**Bar Number:** 657539  Charlestown, MA 02129

**U.S. Attorney Information**
**AUSA:** Christopher J. Markham  **Bar Number if applicable:** 685591

**Interpreter:** ☒ Yes  ☐ No  **List language and/or dialect:** Portugese
**Victims:** ☒ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☒ No
**Matter to be SEALED:** ☐ Yes  ☒ No
☐ Warrant Requested  ☒ Regular Process  ☐ In Custody
**Location Status:** Framingham, MA
**Arrest Date:**

☐ Already in Federal Custody as of ____ in ____.
☐ Already in State Custody at ____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint  ☒ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 2/3/2024  **Signature of AUSA:** CHRISTOPHER MARKHAM (Digitally signed by CHRISTOPHER MARKHAM, Date: 2024.02.03 21:02:10 -05'00')

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Vanessa Nixon

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1344 | Bank Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013